Motion is GRANTED. Hearing on supervised release is RESET for 9/22/14 at 3:30 p.m.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | Docket No. 3:01-cr-00097 |
| | } | JUDGE TRAUGER |
| KEVIN JERRON COOK | } | |

---

### SECOND MOTION TO CONTINUE SUPERVISED RELEASE HEARING

---

Defendant respectfully moves the Court to continue the hearing on his supervised release violation currently set for September 18, 2014, which is consolidated with his sentencing hearing in the matter of *United States v. Kevin Jerron Cook*, No. 3:13-00206. For cause, Defendant states that his Counsel is involved in a child sex abuse trial in Rutherford County, Tennessee, (*State v. Christopher Hernandez*, No. 70399) which began on September 9 and has been carried over to the week of September 15 such that it is scheduled to resume on September 17, 2014 and will last through the end of the week. This case is presided over by Judge Keith Siskin (615-898-8074) and it was originally thought to be a 3-4 day trial but has been prolonged. The undersigned Counsel is obligated to finish the jury trial at the request of Judge Siskin and requests this Court to consider the conflict as a basis for continuing the hearing on Defendant's supervised release violation. Counsel has met with his client in this case over the weekend and can advise the Court that the Defendant will concede the violation in this case such that the only issue remaining would be sentencing.