# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:01-00097 |
| | ) | Judge Trauger |
| KEVIN COOK | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the sentencing in this revocation proceeding is **SCHEDULED** for Monday, December 22, 2014, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 25th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge